No. 99–10051. ATRAQCHI ET UX. *v.* WILLIAMS, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–10052. CANDELARIA *v.* BENNETT, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–10056. KREPS *v.* CHRISTIANSEN, JUDGE, COURT OF COMMON PLEAS OF OHIO, LUCAS COUNTY, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 99–10057. LUIS NAVARRO *v.* RICE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–10058. MOORE *v.* WETHERINGTON, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–10059. JARGES *v.* ADAMS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–10060. WEBB *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10061. TRUEBLOOD *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 99–10062. ZACK *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 99–10063. TILLITZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10064. UTTER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–10065. WILLIAMSON *v.* DALLAS INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 99–10066. SHERMAN *v.* GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–10067. SMITH *v.* CHAPMAN, WARDEN. C. A. 11th Cir. Certiorari denied.